SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
NELSON CHILIN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CHILIN,<br><br>          Plaintiff,<br><br>     vs.<br><br>RENE J CARRETO D/B/A BOTANICA RELIC AND SMOKE SHOP; JACE VARGHESE; and DOES 1 to 10,<br><br>          Defendants. | **Case No.: 5:24-cv-00091 SSS (DTBx)**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff NELSON CHILIN ("Plaintiff") and Defendants RENE J CARRETO D/B/A BOTANICA RELIC AND SMOKE SHOP and JACE VARGHESE stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

\\
\\
\\
\\

STIPULATION FOR DISMISSAL

Respectfully submitted,

DATED: April 8, 2025        SO. CAL. EQUAL ACCESS GROUP

                            By:   /s/  Jason J. Kim
                                  Jason J. Kim
                                  Attorneys for Plaintiff


DATED: April 8, 2025

                            By:   /s/ RENE J CARRETO
                                  RENE J CARRETO D/B/A BOTANICA
                                  RELIC AND SMOKE SHOP


DATED: April 8, 2025

                            By:   /s/ JACE VARGHESE
                                  JACE VARGHESE, as in pro se

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 8, 2025                    By: /s/ Jason J. Kim
                                            Jason J. Kim

# PROOF OF SERVICE

I, Angel Nam, am a resident of the United States and of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my address is

101 S. Western Avenue
Second Floor
Los Angeles, California 90004

On April 8, 2025, I served the foregoing document by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

Jace Varghese
8360 La Colina Drive
Rancho Cucamonga, CA 91701

Rene J Carreto
1 1710 Cedar Ave.
Bloomington, CA 92316

DOCUMENT(S): **JOINT STIPULATION FOR DISMISSAL**

(X)   BY U.S. POSTAL MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

( )   BY PERSONAL SERVICE: I delivered a true copy of the foregoing document(s) in a sealed envelope by hand to the above addressee(s).

( )   BY OVERNIGHT DELIVERY / FEDEX EXPRESS: I caused said envelope(s) to be sent overnight delivery by FedEx Express to the address(es) set forth above.

( )   BY ELECTRONIC MAIL: I transmitted the foregoing document by electronic mail to the email address(es) set forth above during normal business hours. Said transmission was verified as complete and without error.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on April 8, 2025, at Los Angeles, California.

_____